**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 25, 2025
Docket #: 25-1389
Short Title: Bright v. United States of America

DC Docket #: 1:22-cv-8847
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - P. Kevin Castel

# NOTICE OF DEFECTIVE FILING

On June 24, 2025 the Motion for an extension of time to file COA, on behalf of the Appellant Peter Bright, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
\_\_x\_\_\_ **Missing motion information statement *(T-1080 - Local Rule 27.1)***
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_x\_\_\_\_ **Improper proof of service *(FRAP 25)***
    \_\_x\_\_\_ **Missing proof of service**
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event

___x___ Other: **Motion for an extension of time to file COA, is missing Motion Information Statement (Form T-1080), and a certificate of service. Must properly serve to Appellee's Attorneys: Attorney Elizabeth Daniels, and Attorney Alexander Nuo Li, at One St. Andrew's Plaza New York, NY 10007 and Attorney Nathan Rehn at 26 Federal Plaza 37th Floor New York, NY 10278.** All requests must be in the form of a motion, which must include a Motion Information Statement (Form T-1080), supporting documents, and a certificate of service. Forms are attached for your convenience and the public docket sheet is attached for further information.

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **July 16, 2025**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to **212-857-8588.**