UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of July, two thousand twenty-five,

Peter Bright,

    Petitioner - Appellant,

v.

United States of America,

    Respondent - Appellee.

**ORDER**
Docket No. 25-1389

Appellant Peter Bright's submission of a Motion for an extension of time to file COA does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Motion for an extension of time to file COA is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

