## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: BRIGHT Vs UNITED STATES    Docket No.: 25-1389

Lead Counsel of Record (name/firm) or Pro se Party (name): PETER BRIGHT

Appearance for (party/designation): none

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

Appellate Designation is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                    Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
[ ] Correct
[✓] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen

Name: PETER BRIGHT 76309-054
Firm: _____
Address: FCI ELKTON, PO BOX 10, LISBON, OH 44432    Fax: ___
Telephone: _____
Email: _____

RECEIVED 2025 AUG -8 PM 2:32 CLERK'S OFFICE U.S. COURT OF APPEALS

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: ___
[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ___

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ___ or renewal on ___
OR that [ ] I applied for admission on ___. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: ___
Type or Print Name: ___
    OR
Signature of pro se litigant: [signature] 
Type or Print Name: PETER BRIGHT
[✓] I am a pro se litigant who is not an attorney.
[✓] I am an incarcerated pro se litigant.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

PETER BRIGHT

v.

UNITED STATES

CERTIFICATE OF SERVICE*

Docket Number: 25-1389

I, PETER BRIGHT (print name), hereby certify under penalty of perjury that on 2025-07-28 (date), I served a copy of NOTICE OF APPEARANCE, MOTION FOR AN EXTENSION OF THE TIME TO FILE A CoA (list all documents)

by (select all applicable)**

___ Personal Delivery   ✓ United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ELIZABETH DANIELS | ONE ST ANDREW'S PLAZA | NY | NY | 10007 |
| ALEXANDER LI | ONE ST ANDREWS PLAZA | NY | NY | 10007 |
| NATHAN REHN | 26 FEDERAL PLAZA | NY | NY | 10278 |
| | | | | |

RECEIVED 2025 AUG -8 PM 2:32 CLERK'S OFFICE U.S. COURT OF APPEALS

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

2025-07-28
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

PETER BRIGHT 76309-054
PO [Box]
LISBON, OH 44432

USM SDNY
MAILED



→ 76309-054 ←
Clerk Office
40 Foley SQ
US Court of Appeals
NEW YORK, NY 10007
United States

NEW YORK, NY 10007

LEGAL MAIL





[Rotated stamp/mark: "LEBANON CORRECTIONAL ... P.O. BOX 120 ... LEBANON, OHIO 45036 ... THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THE FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS. DATE: 7-29-25"]