# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 25-1389

Caption [use short title]: Bright vs United States

Motion for: extension of time to apply for a certificate of appealability

Set forth below precise, complete statement of relief sought:

An extension of the deadline for submitting the motion for a certificate of appealability in the captioned appeal.

RECEIVED 2025 AUG -8 PM 2:32 CLERK'S OFFICE U.S. COURT OF APPEALS

MOVING PARTY: Peter Bright

OPPOSING PARTY: United States

[ ] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: Peter Bright

OPPOSING ATTORNEY: Alexander Li et al.

[name of attorney, with firm, address, phone number and e-mail]

Peter Bright 76309-054
FCI Elkton
PO Box 10, Lisbon, OH 44432

US Attorney's Office for SDNY
One St Andrew's Plaza

Court- Judge/ Agency appealed from: SDNY - PKC

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
- Has this request for relief been made below? [ ] Yes [ ] No
- Has this relief been previously sought in this court? [ ] Yes [ ] No
- Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date:

Signature of Moving Attorney:
/s/ Peter Bright   Date: 2025-07-27   Service by: [ ] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

FACTS: Petitioner-appellant is an incarcerated individual proceeding pro se seeking to appeal the denial of his § 2255 motion by the district court. On 2025-06-16, prior to the original deadline for the motion for a COA, petitioner was directed to pack all his possessions, including all legal materials, to transfer from FCI Petersburg. After handing his property to Petersburg R&D, and without access to any of his legal papers, Bright wrote a letter motion to the Second Circuit asking for a time extension for the motion for a COA due to the loss of access to his legal work and imminent transfer. Between 2025-06-18 and 2025-07-21, inclusive, Bright was in transit to FCI Elkton.

On 2025-07-22, Bright received the Clerk's 2025-06-25 notice of default setting a 2025-07-16 deadline to (a) perform service of his notice of appearance (b) file a T-1080 for his motion to extend the deadline. As of 2025-07-27, Bright has still not received his property, including legal papers, and has been advised to expect to wait 30 days from his arrival at Elkton.

Page 1

MERIT: During the pendency of his motion for a CoA, inmate petitioner was forced to transfer to a different prison. This unavoidably disrupted petitioner's ability to complete and file the motion, for reasons wholly beyond petitioner's control. Petitioner has made a best-effort basis to keep the Court informed of his circumstances, and to the extent that he has made procedural errors, they have been a direct result of his inability to access his legal paperwork.

Granting the extension will not prejudice the Government, and the granting of such extensions appears commonplace in those situations in which the realities of prison life conflict with the demands of the courts.

Page 2.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

PETER BRIGHT

**CERTIFICATE OF SERVICE***

Docket Number: 25-1389

v.

UNITED STATES

I, PETER BRIGHT, hereby certify under penalty of perjury that
(print name)
on 2025-07-28, I served a copy of NOTICE OF APPEARANCE,
(date)
MOTION FOR AN EXTENSION OF THE TIME TO FILE A CoA
(list all documents)

by (select all applicable)**

___ Personal Delivery  ✓ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  ___ E-Mail (on consent)

RECEIVED 2025 AUG -8 PM 2:32 CLERK'S OFFICE U.S. COURT OF APPEALS

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| ELIZABETH DANIELS | ONE ST ANDREW'S PLAZA | NY | NY | 10007 |
| ALEXANDER LI | ONE ST ANDREWS PLAZA | NY | NY | 10007 |
| NATHAN REHN | 26 FEDERAL PLAZA | NY | NY | 10278 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

2025-07-28
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

PETER BRIGHT 76309-054
PO
LISBON, OH 44432

USM-4TD
SDNY



76309-054
Clerk Office
40 Foley SQ
US Court of Appeals
NEW YORK, NY 10007
United States

LEGAL MAIL

LEGAL CORRECTIONAL MAIL

P.O. BOX 125
LEBANON, OHIO 45036

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

DATE: 7-29-25