# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-five.

Before:     Alison J. Nathan,
              *Circuit Judge.*

_____

Peter Bright,

        Petitioner - Appellant,

  v.

United States of America,

        Respondent - Appellee.
_____

**ORDER**

Docket No. 25-1389

    Appellant, pro se, moves for an extension of time to file a motion for a certificate of appealability.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant shall file a motion for a certificate of appealability within 30 days of this order, by September 19, 2025.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

