# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **25-1389**

Caption [use short title]

Motion for: _permission to appeal in forme pauperis._

**PETER BRIGHT**
v
**UNITED STATES**

Set forth below precise, complete statement of relief sought:

_I am an incarcerated appellant requesting IFP status for my appeal._

MOVING PARTY: **PETER BRIGHT**

OPPOSING PARTY: **UNITED STATES**

[ ] Plaintiff  [ ] Defendant

[✓] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: **PETER BRIGHT (PRO SE)**   OPPOSING ATTORNEY: _____

[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from: **SDNY – PKC**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

Is oral argument on motion requested? [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes  [✓] No. If yes, enter date: _____

Signature of Moving Attorney: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes  [ ] No
Has this relief been previously sought in this court? [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Date: **2025-11-19**   Service by: [ ] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

United States Court of Appeals for the Second Circuit

Peter Bright v United States                                    Docket Number 25-1389

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

I am the appellant in this case and I declare that I am unable to prepay the costs of these proceedings, and that I am entitled to proceed in forma pauperis (IFP).

I am an incarcerated appellant with no employment. I attach a completed FRAP Form 4 (Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis).

I further attach a statement for the past six months of my Trust Fund account at FCC Petersburg and FCI Elkton.

I request and authorize the FBOP to calculate and disburse funds from my Trust Fund account in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with an appeal, and I understand that the total appellate filing fee for which I am obligated is $605.

I also understand that these fees will be debited from my account regardless of the outcome of my appeal.

My only prior appeal in federal court was the direct appeal of my criminal conviction. I have not taken any prior action that was dismissed as frivolous, malicious, or failing to state a claim upon which relief may be granted.

I swear under penalty of perjury that the above facts are true and correct.

Peter Bright

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

I am an incarcerated appellant with no significant assets or income. I am dependent on gifts from my family, and the filing fee represents about 20 percent of my annual income.

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

~~UNITED STATES DISTRICT COURT~~

for the

~~DISTRICT OF~~

PETER BRIGHT,                          )
                                       )
          Plaintiff                    )
                                       )
       v.                              )
                                       )   Case No. 25-1389
UNITED STATES,                         )
                                       )
          Defendant                    )
                                       )
                                       )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

Signed: _Peter Bright_          Date: 2025-11-19

My issues on appeal are: The district court did not hold an evidentiary hearing for a § 2255 motion, and four claims of the motion were improperly decided.

1.  *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 8 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 300 | $ | $ 300 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 308 | $ | $ 300 | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| FCC PETERSBURG (FBOP) | 1100 RIVER ROAD HOPEWELL, VA 23860 | 2023-10 - 2025-06 | $ 8 |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 306

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| FBOP | TRUST FUND | $ 306 | $ NA |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| (NONE) | (NONE) | Make and year: (NONE) |
| | | Model: |
| | | Registration #: |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 265 | $ |
| Clothing | $ 10 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 4 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: | $ 0 | $ |
| Health: | $ 0 | $ |
| Motor vehicle: | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
| Motor Vehicle: | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ O | $ |
| Other (specify): | $ 0 | $ |
| **Total monthly expenses:** | $ 299 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☑ No     If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☑ No

   *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
   I am an incarcerated prisoner. I recently transferred to FCI Elkton from FCC Petersburg, and so lost my inmate job. I depend entirely on gifts from my family.

12. *State the city and state of your legal residence*
   New York, NY
   *Your daytime phone number:* N/A

   *Your age:* 48     *Your years of schooling:* 13

 Outlook

## Re: Re: Re: Re: ***Request to Staff*** BRIGHT, PETER, Reg# 76309054, ELK-F-A

From ~^! BRIGHT, ~^!PETER <76309054@inmatemessage.com>
Date Wed 11/12/2025 10:04 AM

I did receive it from the unit secretary--however, it only included transactions from Elkton, nothing from Petersburg.
-----Trust Fund on 11/12/2025 6:57 AM wrote:

>
So, that should be what was routed to you. Did you get that from your unit team (around 10/30 or after)?

From: ~^! BRIGHT, ~^!PETER <76309054@inmatemessage.com>
Sent: Monday, November 10, 2025 9:15 AM
Subject: Re: Re: Re: ***Request to Staff*** BRIGHT, PETER, Reg# 76309054, ELK-F-A

I think what I need is a listing of all the transactions, along with the average balance for the period.
-----Trust Fund on 11/10/2025 6:57 AM wrote:

>
Are you looking for like just a statement or each transaction?

From: ~^! BRIGHT, ~^!PETER <76309054@inmatemessage.com>
Sent: Sunday, November 9, 2025 2:09 PM
Subject: Re: Re: ***Request to Staff*** BRIGHT, PETER, Reg# 76309054, ELK-F-A

Thank you. Are you also able to provide me with the transactions that occurred while I was at FCC Petersburg within the last six months?

Regards,

Peter
-----Trust Fund on 10/30/2025 9:47 AM wrote:

>
Routing to your Unit Team's box now. Thanks.

From: ~^! BRIGHT, ~^!PETER <76309054@inmatemessage.com>
Sent: Wednesday, October 29, 2025 5:33 PM
Subject: ***Request to Staff*** BRIGHT, PETER, Reg# 76309054, ELK-F-A

To:
Inmate Work Assignment: n/a

Hello,

Please can I have a certified copy of all my account activity for the last six months?

Thanks and regards,

Peter

Date: 11/12/2025
Time: 12:27:47 PM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: ELK

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2025 08:12:07 AM | 76309054 | BRIGHT, PETER | ELK | TF72363 | Sales - Fingerprint | ($65.35) | 57 | | | $239.23 |
| 11/07/2025 04:07:17 PM | 76309054 | BRIGHT, PETER | ELK | amservic | Western Union | $300.00 | 33325311 | | | $304.58 |
| 11/03/2025 09:41:28 AM | 76309054 | BRIGHT, PETER | ELK | TF62386 | Sales - Fingerprint | ($46.65) | 56 | | | $4.58 |
| 10/30/2025 08:21:06 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($78.20) | 46 | | | $51.23 |
| 10/22/2025 08:26:55 AM | 76309054 | BRIGHT, PETER | ELK | TF62386 | Sales - Fingerprint | ($51.50) | 82 | | | $129.43 |
| 10/16/2025 01:57:25 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | $1.55 | TL1016 | | | $180.93 |
| 10/16/2025 08:11:32 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($19.65) | 51 | | | $179.38 |
| 10/16/2025 08:08:20 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($25.55) | 50 | | | $199.03 |
| 10/15/2025 06:04:00 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | ($10.00) | TL1015 | | | $224.58 |
| 10/10/2025 06:16:47 AM | 76309054 | BRIGHT, PETER | ELK | TF52916 | Payroll - IPP | $0.12 | 6IPP0925 | | | $234.58 |
| 10/09/2025 07:43:12 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($110.25) | 41 | | | $234.46 |
| 10/06/2025 10:49:47 AM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | $2.75 | TL1006 | | | $344.71 |
| 10/05/2025 02:58:05 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | ($10.00) | TL1005 | | | $341.96 |
| 10/04/2025 01:07:27 PM | 76309054 | BRIGHT, PETER | ELK | amservic | Western Union | $300.00 | 33325277 | | | $351.96 |
| 10/01/2025 06:53:35 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($85.00) | 14 | | | $51.96 |
| 09/30/2025 11:15:03 AM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | $1.95 | TL0930 | | | $136.96 |

Case: 25-1389, 11/26/2025, DktEntry: 21.1, Page 12 of 19

Date: 11/12/2025
Time: 12:27:47 PM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: ELK

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/29/2025 12:47:50 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | ($10.00) | TL0929 | | | $135.01 |
| 09/23/2025 05:29:59 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | ($10.00) | TL0923 | | | $145.01 |
| 09/16/2025 08:51:35 AM | 76309054 | BRIGHT, PETER | ELK | TF62386 | Sales - Fingerprint | ($135.28) | 67 | | | $155.01 |
| 09/10/2025 06:01:06 AM | 76309054 | BRIGHT, PETER | ELK | TF52916 | Payroll - IPP | $0.12 | 5IPP0825 | | | $290.29 |
| 09/08/2025 12:17:47 PM | 76309054 | BRIGHT, PETER | ELK | TF63378 | Photo Copies | ($5.80) | 5JV0036 | | | $290.17 |
| 09/05/2025 01:38:06 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | ($10.00) | TL0905 | | | $295.97 |
| 09/04/2025 01:07:26 PM | 76309054 | BRIGHT, PETER | ELK | amservic | Western Union | $300.00 | 33325247 | | | $305.97 |
| 09/03/2025 11:33:36 AM | 76309054 | BRIGHT, PETER | ELK | AMSERVI | Inmate Co-pay | ($2.00) | 5ICP0925 | | | $5.97 |
| 09/03/2025 07:16:25 AM | 76309054 | BRIGHT, PETER | ELK | TF62386 | Sales - Fingerprint | ($111.35) | 36 | | | $7.97 |
| 09/01/2025 12:46:05 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | $5.60 | TL0901 | | | $119.32 |
| 08/27/2025 07:11:37 AM | 76309054 | BRIGHT, PETER | ELK | TF62286 | Sales - Fingerprint | ($35.43) | 20 | | | $113.72 |
| 08/23/2025 01:42:20 PM | 76309054 | BRIGHT, PETER | ELK | TFXTL | TRUL Withdrawal | ($10.00) | TL0823 | | | $149.15 |
| 08/18/2025 07:20:48 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($55.40) | 35 | | | $159.15 |
| 08/11/2025 07:58:52 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($116.00) | 30 | | | $214.55 |
| 08/07/2025 02:49:45 PM | 76309054 | BRIGHT, PETER | ELK | AMSERVI | Inmate Co-pay | ($2.00) | 5ICP0825 | | | $330.55 |
| 08/06/2025 04:07:23 PM | 76309054 | BRIGHT, PETER | ELK | amservic | Western Union | $300.00 | 33325218 | | | $332.55 |
| 08/04/2025 08:17:33 AM | 76309054 | BRIGHT, PETER | ELK | TF62386 | Sales - Fingerprint | ($86.30) | 70 | | | $32.55 |
| 07/31/2025 07:42:15 AM | 76309054 | BRIGHT, PETER | ELK | TF59051 | Sales - Fingerprint | ($94.95) | 31 | | | $118.85 |

Case: 25-1389, 11/26/2025, DktEntry: 21.1, Page 13 of 19

Date: 11/12/2025
Time: 12:27:47 PM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: ELK

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/23/2025 08:06:39 AM | 76309054 | BRIGHT, PETER | ELK | TF62286 | Sales - Fingerprint | ($178.30) | 45 | | | $213.80 |
| 07/09/2025 03:14:49 AM | 76309054 | BRIGHT, PETER | ELK | Sentry | Transfer - In from TRUFACS | $7.02 | TX070925 | | | $392.10 |
| 07/09/2025 03:14:49 AM | 76309054 | BRIGHT, PETER | PEM | Sentry | Transfer - Out to TRUFACS | ($7.02) | TX070925 | | | $0.00 |
| 07/08/2025 01:38:13 PM | 76309054 | BRIGHT, PETER | PEM | TF08519 | Payroll - IPP | $7.02 | 5IPP0625 | | | $7.02 |
| 07/01/2025 01:08:00 PM | 76309054 | BRIGHT, PETER | ELK | amservic | Western Union | $300.00 | 33325182 | | | $385.08 |
| 06/19/2025 03:15:12 AM | 76309054 | BRIGHT, PETER | ELK | Sentry | Transfer - In from TRUFACS | $85.08 | TX061925 | | | $85.08 |
| 06/19/2025 03:15:12 AM | 76309054 | BRIGHT, PETER | PEM | Sentry | Transfer - Out to TRUFACS | ($85.08) | TX061925 | | | $0.00 |
| 06/11/2025 02:34:06 PM | 76309054 | BRIGHT, PETER | PEM | TF21186 | Sales - Fingerprint | ($95.20) | 76 | | | $85.08 |
| 06/09/2025 02:39:35 PM | 76309054 | BRIGHT, PETER | PEM | TF08519 | Payroll - IPP | $7.10 | 5IPP0525 | | | $180.28 |
| 06/03/2025 11:40:38 AM | 76309054 | BRIGHT, PETER | PEM | TF21186 | Sales - Fingerprint | ($14.85) | 77 | | | $173.18 |
| 06/03/2025 11:37:46 AM | 76309054 | BRIGHT, PETER | PEM | TF21186 | Sales - Fingerprint | ($104.00) | 76 | | | $188.03 |
| 06/01/2025 08:53:18 PM | 76309054 | BRIGHT, PETER | PEM | TFXTL | TRUL Withdrawal | ($10.00) | TL0601 | | | $292.03 |
| 06/01/2025 03:09:02 PM | 76309054 | BRIGHT, PETER | PEM | amservic | Western Union | $300.00 | 33325152 | | | $302.03 |
| 05/27/2025 12:58:34 PM | 76309054 | BRIGHT, PETER | PEM | TF51099 | Sales - Fingerprint | ($42.20) | 68 | | | $2.03 |
| 05/21/2025 05:25:39 PM | 76309054 | BRIGHT, PETER | PEM | TP_PHON | Phone Withdrawal | $6.90 | TFN0521 | | | $44.23 |
| 05/21/2025 05:24:05 PM | 76309054 | BRIGHT, PETER | PEM | TFXTL | TRUL Withdrawal | $1.95 | TL0521 | | | $37.33 |
| 05/20/2025 01:29:13 PM | 76309054 | BRIGHT, PETER | PEM | TFXTL | TRUL Withdrawal | ($2.00) | TL0520 | | | $35.38 |
| 05/19/2025 11:42:32 AM | 76309054 | BRIGHT, PETER | PEM | TF69585 | Sales - Fingerprint | ($89.05) | 90 | | | $37.38 |

Case: 25-1389, 11/26/2025, DktEntry: 21.1, Page 14 of 19

Date: 11/12/2025
Time: 12:27:47 PM

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Sensitive But Unclassified

Facility: ELK

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/13/2025 12:28:48 PM | 76309054 | BRIGHT, PETER | PEM | TF67158 | Sales - Fingerprint | ($166.35) | 86 | | | $126.43 |
| | | | | | | | | | **Total Number Transactions: 53** | |

Case: 25-1389, 11/26/2025, DktEntry: 21.1, Page 15 of 19

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

CAPTION:

Peter Bright

                            **CERTIFICATE OF SERVICE***

                             Docket Number: 25-1389

                v.

United States

    I, Peter Bright         , hereby certify under penalty of perjury that
            (print name)
on  2025-11-20      , I served a copy of motion for permission
      (date)
to appeal in forma pauperis
               (list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other
                                              Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Alexander Li, Elizabeth Daniels | 1 St Andrews Plaza | New York | NY | 10007 |
| Nathen Rehn | 26 Federal Plaza | New York | NY | 10278 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

2025-11-20                                  Peter Bright
Today's Date                                     Signature

Certificate of Service Form (Last Revised 12/2015)


USA DOLLAR


USA DOLLAR

⇔76309-054⇔
Clerk Office
40 Foley SQ
US Court of Appeals
NEW YORK, NY 10007
United States

LEGAL MAIL

USMAIL
SDNY

NAME: PETER BRIGHT
REG#: 76309-054
FCI CORRECTIONAL INSTITUTION ELKTON
P. O. BOX 10
LISBON, OHIO 44432





⟨⟩76309-054⟨⟩
Clerk Office
40 Foley SQ
US Court of Appeals
NEW YORK, NY 10007
United States

LEGAL MAIL

USMAID
SDNY

44432

RECEIVED

NOV 26 AM 9: 47

U.S. COURT OF APPEALS
SECOND CIRCUIT