S.D.N.Y. – N.Y.C.
22-cv-8847
Castel, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand twenty-six.

Present:

Amalya L. Kearse,
John M. Walker, Jr.,
William J. Nardini,
*Circuit Judges*.

Peter Bright,

*Petitioner-Appellant*,

v.                                                                                    25-1389

United States of America,

*Respondent-Appellee*.

Appellant, pro se, moves for a certificate of appealability to appeal the district court order denying his motion seeking reconsideration of the denial of his 28 U.S.C. § 2255 motion. He also moves to remand the case for an evidentiary hearing. Upon due consideration, we have determined that the district court lacked jurisdiction to consider his motion because it was in substance a successive § 2255 motion, not a proper Rule 59(e) motion. *See Rivers v. Guerrero*, 605 U.S. 443, 446-47, 454 (2025); *Forbes v. United* States, 121 F.4th 1013 (2d Cir. 2024); *Torres v. Senkowski*, 316 F.3d 147, 151 (2d Cir. 2003).

However, treating the reconsideration motion as a successive application would be futile because Appellant does not identify any new evidence or a new rule of constitutional law. 28 U.S.C. § 2255(h). As to any claims that challenged the integrity of the habeas proceeding, Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Therefore, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

